AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

YANA LEONOVA
aka "YANA LIAVONAVA"
███████

_Defendant(s)_

)
)
)
)
)
)
)
)
)

Case: 1:24-mj-00252
Assigned to: Judge Faruqui, Zia M.
Assign Date: 8/14/2024
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 2022 - Present_____ in the county of _____ in the
_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 50 U.S.C. § 4819 | Export Control Reform Act |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 554 | Smuggling Goods from the United States |
| 18 U.S.C. § 1956 | Laundering of Monetary Instruments |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

❏ Continued on the attached sheet.

_Complainant's signature_

Brian Newbury, Special Agent, FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** (specify reliable electronic means).

Date: _____08/14/2024_____

_Judge's signature_

City and state: _____Washington, DC_____

Zia M. Faruqui, US Magistrate Judge
_Printed name and title_