UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO.  24-cr-421 (LLA) |
| | : | |
| YANA LEONOVA, | : | UNDER SEAL |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of John W. Borchert, Assistant United States Attorney, as co-counsel in this case for the United States.  Mr. Borchert certifies that he is a member in good standing of the Bar of the District of Columbia.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/   *John W. Borchert*_____
JOHN W. BORCHERT
Assistant United States Attorney
D.C. Bar No. 472824
National Security Section
601 D Street, NW
Washington, D.C. 20530
(202) 252-7679
john.borchert@usdoj.gov

November 4, 2025