AO 442 (Rev. 11/11) Arrest Warrant

FID 11705865

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 9:43 am, Aug 15, 2024

United States of America
v.
YANA LEONOVA
aka "YANA LIAVONAVA"

*Defendant*

)
)
) Case: 1:24-mj-00252
) Assigned to: Judge Faruqui, Zia M.
) Assign Date: 8/14/2024
) Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     YANA LEONOVA aka YANA LIAVONAVA                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 50 U.S.C. § 4819 | Export Control Reform Act |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 554 | Smuggling Goods from the United States |
| 18 U.S.C. § 1956 | Laundering of Monetary Instruments |

Date: 08/14/2024

*Zia M. Faruqui*
Digitally signed by Zia M. Faruqui
Date: 2024.08.14 16:56:22 -04'00'

*Issuing officer's signature*

City and state:     Washington, DC

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/15/2024 , and the person was arrested on *(date)* 11/04/2025
at *(city and state)* Washington DC .

Date: 11/04/2025

*[signature]* - DUSM
*Arresting officer's signature*

D Stillman - DUSM
*Printed name and title*