UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 24-421 (LLA) |
| : | |
| YANA LEONOVA, : | |
| Defendant. : | |

**UNOPPOSED MOTION TO CONTINUE DETENTION HEARING**

Yana Leonova, by and through counsel, respectfully moves this Honorable Court to continue the detention hearing currently scheduled for November 7, 2025, to November 21, 2025. Undersigned counsel anticipates that new counsel, Anna Brown, will be taking over this case. See ECF No. 12. The government does not oppose this motion. The government's position is as follows: "The government maintains that the speedy-trial clock is tolled by the pending motion for detention. 18 U.S.C. § 3161(h)(1)."

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC  20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

      I, Ubong E. Akpan, certify that on this 6th day of November 2025, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

                                                        /s/
                                         Ubong E. Akpan
                                         Assistant Federal Public Defender