- **UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 24-cr-421 (LLA) |
| | : |
| **YANA LEONOVA,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Based upon the representations in the Unopposed Motion to Continue Detention Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled detention hearing on November 7, 2025, be continued to November 21, 2025, at 2:00 p.m.; and it is further

**ORDERED** that the time between November 7, 2025, and November 21, 2025, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to potentially resolve this matter.

**IT IS SO ORDERED.**

Date: November 6, 2025

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE