UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANA LEONOVA,<br><br>Defendant. | No. 24-CR-421 |

### UNITED STATES'S STATUS REPORT

Magistrate Judge Faruqui has ordered that the government submit a daily report each day by 4:00 PM concerning the status of a new parole application for the defendant. The government reports as follows:

1. On December 8, 2025, the undersigned prosecutors contacted the Homeland Security Investigations ("HSI"), Parole and Law Enforcement Programs Unit ("PLEPU") to request information about the process of applying for a Substantial Public Benefit Parole ("SPBP") on behalf of defendant Yana Leonova. The SPBP would allow the defendant to have temporary status in the United States during the pendency of this criminal prosecution.

2. Later in the day, PLEPU responded that the undersigned prosecutors or law enforcement agencies working on this matter should submit a SPBP request through the Parole Case Tracking System ("PCTS"), which is an online portal. The undersigned prosecutor has obtained access to this system. The application portal appears to require the submission of as many as six categories of supporting documents (including, possibly, letters of assurance from a prosecuting authority and a law enforcement authority). The undersigned prosecutor expects to compile the necessary information by December 9 for submission via PCTS.

3. The United States will file a further status report by 4:00 PM on December 9.

                                          Respectfully submitted,

                                          JEANINE FERRIS PIRRO
                                          United States Attorney

By: _____
                                          STUART ALLEN
                                          JOHN W. BORCHERT (Bar No. 472824)
                                          Assistant United States Attorneys
                                          National Security Section
                                          601 D Street, NW
                                          Washington, D.C.  20530
                                          Allen: (202) 252-7794
                                          Stuart.Allen@usdoj.gov
                                          Borchert: (202) 252-7679
                                          John.Borchert@usdoj.gov

                                          SEAN HEIDEN
                                          Trial Attorney
                                          National Security Division
                                          U.S. Department of Justice
                                          (202) 514-8106
                                          Sean.Heiden2@usdoj.gov

December 8, 2025

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2025, I caused a copy of the foregoing to be served on counsel for the defendant, Anna Brown, Esq.

_____
JOHN W. BORCHERT
Assistant United States Attorney