UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANA LEONOVA,<br><br>Defendant. | No. 24-CR-421 |

### UNITED STATES'S STATUS REPORT

Magistrate Judge Faruqui has ordered that the government submit a daily report each day by 4:00 PM concerning the status of a new parole application for the defendant. The government reports as follows:

1. On December 8, 2025, the undersigned prosecutors contacted the Homeland Security Investigations ("HSI"), Parole and Law Enforcement Programs Unit ("PLEPU") to request information about the process of applying for a Substantial Public Benefit Parole ("SPBP") on behalf of defendant Yana Leonova. The SPBP would allow the defendant to have temporary status in the United States during the pendency of this criminal prosecution.

2. Later on December 8, PLEPU responded that the undersigned prosecutors or law enforcement agencies working on this matter should submit a SPBP request through the Parole Case Tracking System ("PCTS"), which is an online portal. The undersigned prosecutor has obtained access to this system. The application portal appears to require the submission of as many as six categories of supporting documents (including, possibly, letters of assurance from a prosecuting authority and a law enforcement authority).

3. On December 9, 2025, the undersigned prosecutor compiled the necessary

supporting documents for submission to DHS via the PCTS system. On December 10, 2025, the undersigned prosecutor submitted a complete SPBP request to DHS via the PCTS; thereafter, the undersigned received an email confirmation stating "PLEPU will make every effort to adjudicate applications as soon as feasible," but that current processing times may up to 30 days. The undersigned has requested that PLEPU provide an immediate update on this timeline.

4. On December 9, out of an abundance of caution, the government submitted a provisional application for "deferred action" to DHS so that if the defendant is transferred to ICE custody the government will already have an application in place before the issuance of a removal order.

5. The United States will file a further status report by 4:00 PM on December 11.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

By: _____
        JOHN W. BORCHERT (Bar No. 472824)
        Assistant United States Attorneys
        National Security Section
        601 D Street, NW
        Washington, D.C. 20530
        Borchert: (202) 252-7679
        John.Borchert@usdoj.gov

        SEAN HEIDEN
        Trial Attorney
        National Security Division
        U.S. Department of Justice
        (202) 514-8106
December 10, 2025        Sean.Heiden2@usdoj.gov

3

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 2025, I caused a copy of the foregoing to be served on counsel for the defendant, Anna Brown, Esq.

_____
JOHN W. BORCHERT
Assistant United States Attorney