UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANA LEONOVA,<br><br>Defendant. | No. 24-CR-421 |

**UNITED STATES'S STATUS REPORT**

Magistrate Judge Faruqui has ordered that the government submit a daily report each day by 4:00 PM concerning the status of a new parole application for the defendant. The government reports as follows:

1. On December 8, 2025, the undersigned prosecutors contacted the Homeland Security Investigations ("HSI"), Parole and Law Enforcement Programs Unit ("PLEPU") to request information about the process of applying for a Substantial Public Benefit Parole ("SPBP") on behalf of defendant Yana Leonova. The SPBP would allow the defendant to have temporary status in the United States during the pendency of this criminal prosecution.

2. Later on December 8, PLEPU responded that the undersigned prosecutors or law enforcement agencies working on this matter should submit a SPBP request through the Parole Case Tracking System ("PCTS"), which is an online portal. The undersigned prosecutor obtained access to the system that same day.

3. On December 10, 2025, the undersigned prosecutor submitted a complete SPBP request to DHS via the PCTS; thereafter, the undersigned received an email confirmation stating "PLEPU will make every effort to adjudicate applications as soon as feasible," but that current

processing times may up to 30 days.  The undersigned has requested that PLEPU provide an immediate update on this timeline; PLEPU has not provided a timeline for adjudication.

    4.    On December 9, the government also submitted an application for "deferred action" to DHS, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ERO"). Today, the undersigned prosecutor was informed that the deferred action request was not within ERO's purview and that the FBI should submit another application to another office HSI with some additional approvals and signatures.  The government began preparing this second deferred action application today; we anticipate that it will be submitted to HSI by tomorrow, December 12.

    6.    The United States will file a further status report by 4:00 PM on December 12.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ John W. Borchert

JOHN W. BORCHERT (Bar No. 472824)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C.  20530
Borchert: (202) 252-7679
John.Borchert@usdoj.gov

SEAN HEIDEN
Trial Attorney
National Security Division
U.S. Department of Justice
(202) 514-8106
Sean.Heiden2@usdoj.gov

December 11, 2025

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2025, I caused a copy of the foregoing to be served on counsel for the defendant, Anna Brown, Esq.

_____
JOHN W. BORCHERT
Assistant United States Attorney

3