UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANA LEONOVA,<br><br>Defendant. | No. 24-CR-421 |

**UNITED STATES'S STATUS REPORT**

Magistrate Judge Faruqui has ordered that the government submit a daily report each day by 4:00 PM concerning the status of a new parole application for the defendant. The government reports as follows:

1. On December 8, 2025, the undersigned prosecutors contacted the Homeland Security Investigations ("HSI"), Parole and Law Enforcement Programs Unit ("PLEPU") to request information about the process of applying for a Substantial Public Benefit Parole ("SPBP") on behalf of defendant Yana Leonova. The SPBP would allow the defendant to have temporary status in the United States during the pendency of this criminal prosecution.

2. Later on December 8, PLEPU responded that the undersigned prosecutors or law enforcement agencies working on this matter should submit a SPBP request through the Parole Case Tracking System ("PCTS"), which is an online portal. The undersigned prosecutor obtained access to the system that same day.

3. On December 10, 2025, the undersigned prosecutor submitted a complete SPBP request to DHS via the PCTS; thereafter, the undersigned received an email confirmation stating "PLEPU will make every effort to adjudicate applications as soon as feasible," but that current

processing times may up to 30 days.  The undersigned has requested that PLEPU provide an immediate update on this timeline; PLEPU has not provided a timeline for adjudication.

4. On December 9, the government also submitted an application for "deferred action" to DHS, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ERO"). On December 11, the undersigned prosecutor was informed that the deferred action request was not within ERO's purview and that the FBI should submit another application to another office at HSI with some additional approvals and signatures.  The government submitted this second application for deferred action to HSI today, December 12.  As of this filing, the application for deferred action remains pending with HSI.

6. The United States will file a further status report by 4:00 PM on December 15.

                                           Respectfully submitted,

                                           JEANINE FERRIS PIRRO
                                           United States Attorney

By:   /s/ John W. Borchert
       JOHN W. BORCHERT (Bar No. 472824)
       Assistant United States Attorneys
       National Security Section
       601 D Street, NW
       Washington, D.C.  20530
       Borchert: (202) 252-7679
       John.Borchert@usdoj.gov

       SEAN HEIDEN
       Trial Attorney
       National Security Division
       U.S. Department of Justice
       (202) 514-8106
December 12, 2025       Sean.Heiden2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2025, I caused a copy of the foregoing to be served on counsel for the defendant, Anna Brown, Esq.

_____
JOHN W. BORCHERT
Assistant United States Attorney