UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**YANA LEONOVA,**<br><br>Defendant. | No. 24-CR-421 |

**UNITED STATES'S STATUS REPORT**

Magistrate Judge Faruqui has ordered that the government submit a daily report each day by 4:00 PM concerning the status of an immigration application for the defendant. The government reports as follows:

1. On December 8, 2025, the undersigned prosecutors contacted the Homeland Security Investigations ("HSI"), Parole and Law Enforcement Programs Unit ("PLEPU") to request information about the process of applying for a Substantial Public Benefit Parole ("SPBP") on behalf of defendant Yana Leonova.

2. Later on December 8, PLEPU responded that the undersigned prosecutors or law enforcement agencies working on this matter should submit a SPBP request through the Parole Case Tracking System ("PCTS"), which is an online portal. The undersigned prosecutor obtained access to the system that same day.

3. On December 10, 2025, the undersigned prosecutor submitted a complete SPBP request to DHS via the PCTS; thereafter, the undersigned received an email confirmation stating "PLEPU will make every effort to adjudicate applications as soon as feasible," but that current processing times may take up to 30 days. The undersigned has requested that PLEPU provide an

update on this timeline; PLEPU has not provided a timeline for adjudication.

4. On December 9, the government also submitted an application for "deferred action" to DHS, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ERO"). On December 11, the undersigned prosecutor was informed that the deferred action request was not within ERO's purview, and that the FBI should submit another application to another office at HSI with some additional approvals and signatures. The government submitted this second application for deferred action to HSI on Friday, December 12.

5. On December 15, HSI confirmed that the second deferred action request was received from the FBI on the afternoon of December 12, 2025. HSI has informed the undersigned that the application is currently being reviewed. HSI has stated that the undersigned will be informed when it has been adjudicated.

6. The United States will file a further status report by 4:00 PM on December 16.

                                            Respectfully submitted,

                                            JEANINE FERRIS PIRRO
                                            United States Attorney

By: _____
      JOHN W. BORCHERT (Bar No. 472824)
      Assistant United States Attorneys
      National Security Section
      601 D Street, NW
      Washington, D.C. 20530
      Borchert: (202) 252-7679
      John.Borchert@usdoj.gov

      SEAN HEIDEN
      Trial Attorney
      National Security Division
      U.S. Department of Justice
      (202) 514-8106
December 16, 2025      Sean.Heiden2@usdoj.gov

3

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2025, I caused a copy of the foregoing to be served on counsel for the defendant, Anna Brown, Esq.

_____
JOHN W. BORCHERT
Assistant United States Attorney