UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YANA LEONOVA,<br><br>Defendant. | No. 24-CR-421 |

### UNITED STATES'S STATUS REPORT

On December 8, 2025, Magistrate Judge Faruqui ordered that the government submit a daily report each day by 4:00 PM concerning the status of an immigration application for the defendant. The government has filed daily reports on December 8 (ECF 21), December 9 (ECF 22), December 10 (ECF 23), December 11 (ECF 24), December 12 (ECF 26), and December 15 (ECF 26). The government can now report to the Court that the Department of Homeland Security has granted the defendant deferred action for a period of one year ending December 15, 2026.

However, the government has learned that the Pretrial Services Agency has found the defendant's proposed third-party custodian not suitable. Accordingly, the government maintains its request (ECF 16) that the defendant be detained pending further proceedings in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____
JOHN W. BORCHERT (Bar No. 472824)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530
John.Borchert@usdoj.gov

|  |  |
|---|---|
|  | SEAN HEIDEN<br>Trial Attorney<br>National Security Division<br>U.S. Department of Justice<br>(202) 514-8106 |
| December 16, 2025 | Sean.Heiden2@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2025, I caused a copy of the foregoing to be served on counsel for the defendant, Anna Brown, Esq.

JOHN W. BORCHERT
Assistant United States Attorney