IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **YANA LEONOVA,** <br><br>    **Defendants.** | 24-cr-421 |

**JOINT MOTION TO CONTINUE STATUS HEARING AND
TO EXCLUDE TIME FOR PURPOSES OF THE SPEEDY TRIAL ACT**

On November 4, 2024, the defendant appeared before Magistrate Judge Matthew Sharbaugh for an initial appearance and arraignment. (ME 11/4/2025.) The parties are scheduled to appear before this Court for a status hearing on January 12, 2026. The parties jointly request a continuance of the December 15 status hearing until Friday, February 13, 2026, at 2:00 PM. The parties also seek the exclusion of time for purposes of the Speedy Trial Act. In support of this request, the parties state as follows:

1.     The parties are currently discussing a possible resolution of this matter that would obviate the need for trial. To allow the parties to continue those discussions, the parties seek a continuance of the January 12 hearing date. The government has agreed to leave its plea offer open until the next status hearing date set by the Court.

2.     The parties also ask that the Court exclude time under the Speedy Trial Act between January 12and the next status hearing date to allow these discussions to continue because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

3. The parties have contacted the Court and understand that February 13, 2026, at 2:00 PM is currently available for a status hearing. Both the government and the defense can appear before the Court at that date and time.

WHEREFORE the parties jointly request that the Court continue the January 12 status hearing to February 13, 2026, at 2:00 P.M., and exclude time between January 12 and February 13, 2026, from the time within a trial must commence.

Respectfully submitted,

| | |
|---|---|
| JEANINE FERRIS PIRRO<br>United States Attorney | BROWN LEGAL CONSULTING, LLC<br>Counsel for Yana Leonova |
| _____<br>JOHN W. BORCHERT<br>Assistant United States Attorney<br>National Security Section<br>601 D Street, NW<br>Washington, D.C.  20530<br>(202) 252-7679<br>john.borchert@usdoj.gov | s/ Anna V. Brown by<br>_____<br>ANNA V. BROWN, ESQ.<br>10 Rittenhouse Road<br>Frenchtown, New Jersey  08825<br>(856) 357-4651<br>anna@brownlegalconsulting.com |
| SEAN HEIDEN<br>Trial Attorney<br>National Security Division<br>U.S. Department of Justice<br>(202) 514-8106<br>Sean.Heiden2@usdoj.gov | |

January 9, 2026