**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 24-cr-421 (LLA)** |
| | **:** | |
| **YANA LEONOVA,** | **:** | **UNDER SEAL** |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO CONTINUE STATUS HEARING AND
TO EXCLUDE TIME FOR PURPOSES OF THE SPEEDY TRIAL ACT**

On November 4, 2024, the defendant appeared before Magistrate Judge Matthew Sharbaugh for an initial appearance and arraignment. (ME 11/4/2025.) The parties are scheduled to appear before this Court for a status hearing on March 19, 2026, at 2:00 PM. The parties jointly request a further continuance of the March 19 status hearing until April 28, 2026, at 2:30 PM. The parties also seek the exclusion of time for purposes of the Speedy Trial Act. In support of this request, the parties state as follows:

1. The parties are currently discussing a possible resolution of this matter that would obviate the need for trial. To allow the parties to continue those discussions, the parties seek a continuance of the March 19 hearing date.

2. The parties also ask that the Court exclude time under the Speedy Trial Act between March 19 and the next status hearing date to allow these discussions to continue because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

3. The parties have contacted the Court and understand that April 28, 2026, at 2:30 PM is currently available for a status hearing. Both the government and the defense can appear before the Court at that date and time.

WHEREFORE, the parties jointly request that the Court continue the March 19 status hearing to April 28, 2026, at 2:30 PM, and exclude time between March 19 and April 28, 2026, from the time within a trial must commence.

Respectfully submitted,

JEANINE PIRRO
UNITED STATES ATTORNEY

/s/ *Emma Ellenrieder*
Emma Dinan Ellenrieder
Assistant United States Attorney
DC Bar Number 1015108
United States Attorney's Office
601 D St N.W.
Washington, D.C. 20530
(202) 252-2656
Emma.Ellenrieder2@usdoj.gov

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL

/s/
Sean R. Heiden
Acting Deputy Chief
D.C. Bar Number 1617636
Counterintelligence & Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
(202) 514-8106
Sean.heiden2@usdoj.gov

BROWN LEGAL CONSULTING, LLC
Counsel for Yana Leonova

/s/
ANNA V. BROWN, ESQ.
10 Rittenhouse Road
Frenchtown, New Jersey 08825
(856) 357-4651
anna@brownlegalconsulting.com