**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 24-CR-421** |
| **YANA LEONOVA,** | |
| **Defendant.** | |

### [PROPOSED] ORDER

Upon consideration of Defendant Yana Leonova's Unopposed Motion to Modify Conditions of Release, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant's conditions of release are modified to permit Defendant to leave her residence for the purpose of volunteering at local nonprofit organizations, subject to prior notification to and approval by the Pretrial Services Authority of the volunteer schedule and locations.

IT IS SO ORDERED this _____ day of July, 2026.

_____
The Honorable Loren L. AliKhan
United States District Judge