**EXHIBIT 1**

Six-year-old Yana dressed up as a pilot



1997-1998