EXHIBIT
2

The first charity Vienna Ball in Shymkent took place on May 13, 2012. This grand cultural event pursued a vital social goal: raising funds to establish a crisis center for women and children who had suffered from domestic violence or were facing severe life circumstances.

The evening was organized by the "Damu" youth public association, with the support of the Ministry of Culture of the Republic of Kazakhstan.

https://www.youtube.com/watch?v=eulP7BFfPOk

Debutants: The stars of the ball were 30 couples (60 individuals) aged 17 to 25. They were selected through a rigorous audition process from over 200 applicants (primarily university and high school students). Approximately 95% of the debutants were non-professional dancers. Over the course of several months, under the guidance of strict choreographers, they mastered a classical dance program that included the Viennese waltz, polka, polonaise, foxtrot, and quadrille. Before the ball, the participants even staged a large-scale flash mob in the city's central square to showcase their progress.



Evening Program: The dancing was accompanied by a live symphony orchestra. The event was hosted by renowned Kazakhstani journalist Serik Akishev and actress Aigul Imanbayeva, with People's Artist Lucky Kesoglu appearing as the headline guest star. The program also featured operatic performances and a showcase of collections by local fashion designers.





The ball culminated in the presentation of a project for a specialized crisis center. Proceeds from ticket sales, along with financial contributions from sponsors and patrons, were designated for the center's construction and launch.

In 2012, the issue of protecting women and children from domestic violence was a pressing concern in the South Kazakhstan Region. The announced center was conceived as a place where victims could receive not only temporary safe shelter but also professional psychological, medical, and legal assistance to help them adapt and return to a normal life.

Public initiatives and the awareness raised through the Vienna Ball laid a crucial foundation. Construction of such facilities by civic groups progressed rapidly, and the idea garnered strong support from the state. A few years later, fully operational state and municipal crisis centers opened in Shymkent (such as the "Komek" center and other specialized facilities for domestic violence victims); today, they are funded on an ongoing basis by the city budget and provide comprehensive support to women and their children.

Legal status: Public Association (PA) "Crisis Center 'KOMEK'".



Key areas of assistance

The center’s services are provided free of charge in accordance with established standards, regardless of whether a criminal case has been opened:

- 🏠 Temporary shelter: Provision of safe accommodation, meals, and facilities for children (minors are admitted strictly when accompanied by their mothers or legal guardians).

- ⚖️ Legal support: Assistance with documentation, divorce proceedings, alimony claims, and representation of interests in court or with law enforcement.

- 🧠 Psychological support: Addressing "victim syndrome" and treating post-traumatic stress disorder (PTSD) in women and children.

- 🤝 Social adaptation: Assistance with employment and finding permanent housing after leaving the center. Statistics and Operational Indicators

Scope of operations in Kazakhstan (context): Shymkent is one of the key cities hosting state-licensed crisis centers (there are 29 such organizations operating across the country). Between 2023 and 2025, crisis centers nationwide served over 13,000 people. In the first half of 2026 alone, 1,877 citizens received assistance, 1,299 of whom were children.

Regional caseload: Shymkent records a high volume of requests for assistance. During specific police enforcement operations alone, approximately 90–100 women are referred to the city’s

specialized centers every six months, while the number of calls regarding domestic conflicts runs into the thousands.