EXHIBIT
3

**MISK Educational Initiatives in Shymkent**

**1. MISK Shymkent School of Civic Education (SCE)**

Goal and Mission: To foster basic civic literacy, deconstruct paternalistic attitudes among youth, and stimulate grassroots civic engagement. The SCE lays the groundwork for youth involvement in local self-government.

• Methodology and Format: Training is based on non-formal education principles (peer-to-peer learning). The intensive course includes interactive workshops, simulation games, and debates covering the following key modules:

o State structure and the principles of the separation of powers;

o Mechanisms for interaction between citizens and local executive bodies (akimats);

o Tools for critical thinking, fact-checking, and countering propaganda;

o Basic project management (from the initial social project idea to its implementation).

• Local-Level Results: Graduates of the MISK Shymkent SCE form a core group of dedicated volunteers. Upon completing the program, participants develop and present local mini-projects (such as environmental campaigns, urban improvement initiatives, or the creation of student discussion clubs). Top graduates receive recommendations to advance to the next, more rigorous level: the School of Human Rights.

**2. MISK Shymkent School of Human Rights (SHR)**

The School of Human Rights (SHR) is a specialized, advanced educational and practical platform run by MISK. It has been operating systematically since 2015 (supported, in part, by long-term grants from international institutions such as the National Endowment for Democracy). In Shymkent, this project holds strategic importance due to the region's specific characteristics (high population density, a traditional social structure, and elevated risks of violations regarding basic freedoms).

• Goal and Mission: To cultivate a professional cohort of young human rights defenders, monitors, and civic advocates capable of effectively defending the public interest and utilizing international legal mechanisms.

• Academic Content: The Human Rights School program is highly specialized and covers the study of:

- o The Universal Declaration of Human Rights and the International Covenant on Civil and Political Rights;
- o The distinctions between human rights and social needs;
- o Methodologies for human rights campaigns (advocacy);
- o Monitoring tools (human rights compliance in closed institutions, monitoring the right to peaceful assembly, and academic freedoms in higher education).

• Implementation Stages and Practical Integration:

1. Regional Selection: Introductory multi-day seminars are held annually in Shymkent, generating 50–70 verified applications.

2. National Summer/Winter School: Top delegates from Shymkent are sent to an intensive national training program featuring leading international and Kazakhstani experts.

3. Advocacy Practice (Campaigns): Upon returning to the region, graduates of the Shymkent Human Rights School implement targeted human rights campaigns supported by mini-grants. • Specifics of local Human Rights School projects in Shymkent: Graduates of the School in Shymkent traditionally focus on three key areas:

- o Rights of persons with disabilities: Conducting large-scale accessibility audits of urban infrastructure and government institutions (mapping inaccessible areas and filing official petitions and lawsuits with the Akimat).
- o Protection of student rights: Monitoring corruption risks in Shymkent’s higher education institutions, combating the forced participation of students in state-organized mass events, and defending the right to freedom of expression within the academic environment.
- o Gender equality and combating violence: Awareness-raising campaigns on the rights of women and children that build an information base and foster synergy with the region’s crisis centers (including the NGO "Komek").

МИСК
МОЛОДЕЖНАЯ ИНФОРМАЦИОННАЯ СЛУЖБА КАЗАХСТАНА

NED

# CERTIFICATE

issued to

**Yana Leonova**

confirming that she has completed the introductory seminar on "The Concept of Human Rights" as part of the Human Rights School organized by the Youth Information Service of Kazakhstan with the support of the National Endowment for Democracy
April 30, 2016
Shymkent

***Project Coordinator***
***Olesya Li***
***Signature:***

***General Director***
***Youth Information Service of Kazakhstan***
***Irina Mednikova***
***Signature:***

***Official Stamp***
***Youth Information Service of Kazakhstan, Almaty***

МИСК
МОЛОДЕЖНАЯ ИНФОРМАЦИОННАЯ СЛУЖБА КАЗАХСТАНА

NED

# СЕРТИФИКАТ

выдан

Яне Леоновой

и подтверждает, что он (она) прошел (прошла) вводный семинар
на тему "Концепция прав человека"
в рамках Школы прав человека,
организованной Молодёжной информационной службой
Казахстана
при поддержке National Endowment for Democracy

**30 апреля 2016**
**Шымкент**

**...овека**
**О...**

«Молодежная информационная служба Казахстана»

**Генерал...**
**Молодёж... ...нной службы Казахстана**
**Ирина Медн...**

МИСК
МОЛОДЕЖНАЯ ИНФОРМАЦИОННАЯ СЛУЖБА КАЗАХСТАНА

THE NORWEGIAN
HELSINKI COMMITTEE

## School of Civic Education

# CERTIFICATE

issued to

**Yana Leonova**

confirming that she completed the training program at the School of Civic Education, organized by the Youth Information Service of Kazakhstan with the support of the Norwegian Helsinki Committee

November 9 – December 9, 2015

Shymkent

Coordinator
School of Civic Education
Olesya Li
Signature:

General Director
Youth Information Service of Kazakhstan
Irina Mednikova
Signature:

STAMP
"MUNICIPAL INSTITUTION 'SCHOOL OF CIVIC EDUCATION'"
STATE BUDGETARY INSTITUTION OF KAZAKHSTAN
FOR YOUTH AFFAIRS AND SPORTS OF THE REPUBLIC OF KAZAKHSTAN
South Kazakhstan Region Youth Information Service of Kazakhstan
Shymkent"

МИСК
МОЛОДЕЖНАЯ ИНФОРМАЦИОННАЯ СЛУЖБА КАЗАХСТАНА

NORWEGIAN
HELSINK COMMITTEE

# Школа гражданского образования

# СЕРТИФИКАТ

**выдан**

Яне Леоновой

и подтверждает, что он (она) прошел (прошла) обучение
в Школе гражданского образования,
организованной Молодёжной информационной службой
Казахстана
при поддержке Норвежского Хельсинского комитета

**9 ноября — 9 декабря 2015**
**Шымкент**

Координатор
Школы гражданского образования
Олеся Ли

Генеральный директор
Молодёжной информационной службы Казахстана
Ирина Медникова

Ирина


С ДНЕМ РОЖДЕНИЯ












GET WORK
MAKE FLASH MOB
Цель: предоставить рабочие места для студентов. (100 мест).
Задачи: 1) 1. ЮКГУ
2. МУРАС
3. Мед Институт
4. Пед Институт
привлечение студентов на готовые рабочие места.
2). Создание клиентской базы.
3). Обучение, подготовка студентов.
4). Ком. предложение, заключение договора.
5). Реализация.




ДЕМОКР.
государство
бизнес
70%
ПЧ
СМИ
человек


СЕРТИФИКАТ


1
соблюдается
5 17 16 17 15 13
17 7 11 11 14
2
соблюдается
в какой-то мере
17 17 12 10 12 15
12 10 16 9 12
3
не соблюдается
8 2 2 2 3 1 1 1
3 8 3
равенство перед законом
свобода собраний
пытки
МИСК
"Молодежная информационная служба Казахстана"
www.misk-uko.kz
misk-shymkent@mail.ru


СЕРТИФИКАТ

