EXHIBIT
4

# Certificate

Issued to **Yana Sergeyevna Leonova**
certifying that she has completed the full computer literacy training course under the Program for Reducing the Digital Divide in the Republic of Kazakhstan

Chairperson of the Commission: K. Sarzhanova

Commission Members: M. Aikozov
T. Kerimbekova

Official stamp

September 9, 2008

No. 511010 / 1529839
Region (City): South Kazakhstan Region, Shymkent City

Official stamp

# Сертификат

Выдан Леоновой Яне Сергеевне

в том, что он (она) окончил(а) полный курс обучения компьютерной грамотности в рамках Программы снижения информационного неравенства в Республике Казахстан

Председатель комиссии: К. Сартанова

Члены комиссии: М. Айкозов

Г. Керимбекова

МП.

«9» октября 2008 года

№ 511010 / 1529839

Область (город) ЮКО, г. Шымкент