# MINISTRY OF EDUCATION AND SCIENCE OF THE REPUBLIC OF KAZAKHSTAN

## Certificate of Professional Qualification

EXHIBIT
5

CERTIFICATE
of Professional Training
No. ___
This certificate is issued to **Leonova Yana Sergeevna**
(surname, first name)

certifying that she underwent training from September 1, 2007, to May 15, 2009, at the A. Baitursynov Multidisciplinary School-Gymnasium
(full name of the educational institution)
and completed the full course of study in 2009 specializing as a **designer of women's light clothing.**
By the decision of the qualification commission dated May 15, 2009, she was awarded the qualification of designer of women's light clothing.

Director ________________________________________ A.B. Sarzhanova
Deputy Director _________________________________ G.U. Demeutova

Locality __________________________________________Shymkent
June 15, 2009
Registration Number No. 162

Official stamp

ҚАЗАҚСТАН РЕСПУБЛИКАСЫ БІЛІМ ЖӘНЕ ҒЫЛЫМ МИНИСТРЛІГІ

# Мамандық туралы КУӘЛІК

# СВИДЕТЕЛЬСТВО

присвоении квалификации

# СВИДЕТЕЛЬСТВО

## о профессиональном обучении

КБ № ______

Настоящее свидетельство выдано Леоновой
(фамилия, имя, отчество)
Яне Сергеевне
в том, что он(она) обучался(лась) с «01»09. 2007 года
по «15»05. 2009 год в многопрофильной школе-гимназии №50 им. А. Байтурсынова
(полное наименование организации образования)
и в 2009 году окончил(а) полный курс
по профилю дизайнер легкой женской одежды

Решением квалификационной комиссии от «15»06.2009 года ему (ей) присвоена квалификация дизайнер легкой женской одежды

Директор ______ Саржанова Б.Б.

Заместитель директора ______ Демеуова Г.У.

М. П.

Населенный пункт город Шымкент

«15» июня 2009 года

Регистрационный номер № 162