EXHIBIT
6

NORTH-WEST
AIR COMPANY

Version for the visually impaired Vacancy

+7 (495) 269-02-13
+7 (800) 234-02-11
Free calls from Russia

RU EN

# ABOUT

Main About





Long experience

For 11 years of operation, Air company North-West has accumulated a solid experience in VIP air transportation. The company's priorities are privacy, sefety, and comfort.

The company manages aircrafts of the world's most famous manufacturers: **Gulfstream Aerospace, Bombardier Aerospace, Dassault Aviation, Leonardo Helicopters**, **Airbus**. Base airports are located in Moscow and Saint Petersburg.

The company's advantage is its own **24/7 flight support** department and own ground handling agents at base airports and most airports in Russia and CIS.

## SERVICES

We offer wide range of services to aircraft owners and charter clients including comprehensive aircraft management, flight support, aircraft maintenance, aircraft acquisition and sales, legal support, charter flights arrangement

## ADVANTAGES

Our own 24/7 flight support department and handling agents at most of airports in Russia and CIS

## CLIENTS

Our main clients are major international corporations

# CERTIFICATES AND LICENSES

**GRAPI CERTIFICATES**

**RUBAA CERTIFICATE**

**INSURANCE CERT GOMPA**

## INFORMATION

- ABOUT
- SERVICES
- FLEET
- FEEDBACK
- PASSENGERS
- CERTIFICATES
- VACANCY
- CONTACTS

Air company North-West
Air Operator Certificate no. 548

## CONTACTS

**Moscow**

"West Park" Business center, 34 Ochakovskoe shosse

+7 (495) 269-02-13

+7 (800) 234-02-11 (free calls from Russia)

**Saint Petersburg**

Room 71H, 7A Constitution square

+7 (812) 612-81-84

© 2010-2026 Air company North-West. All Rights Reserved.

Privacy