EXHIBIT
7

NORTH-WEST
AIR COMPANY

Version for the visually impaired Vacancy

+7 (495) 269-02-13
+7 (800) 234-02-11
Free calls from Russia

RU EN

# VACANCY

Main Vacancy

*We value people, not just lines on a resume! Let's make aviation better together.*

## We are looking for specialists:

- **Procurement Specialist for Aviation Technical Supplies for an Airline**

Responsibilities:

- Organizing and conducting procurement of ATE (Aviation Technical Equipment) through requests for quotations from various sources; analyzing commercial proposals;
- Managing business correspondence with counterparties regarding contracts, procurement, delivery times, completeness, quality, prices, etc.;
- Forming orders, negotiating prices, delivery terms, and shipment dates;
- Placing orders;
- Analyzing cargo transportation proposals, ordering transportation. Monitoring shipment/delivery and distribution of ATE;
- Inspecting cargo for potential need of repackaging, DGD issuance, etc.;
- Preparing documentation for ATE import/export with subsequent transfer to the customs declarant;
- Monitoring invoice payments;
- Performing AOG-desk functions;
- Participating in the approval of contracts for ATE acquisition and transportation services;
- Collecting, analyzing, and systematizing information for adding suppliers to the approved suppliers list;
- Conducting unscheduled warehouse inventories (audits);
- Daily/weekly reporting on work performed (number of processed procurement requests, delivered goods, services rendered, payments made to suppliers).

Requirements:

- Higher education;
- Relevant experience in aviation is mandatory;
- English language proficiency - Intermediate / Upper-Intermediate;
- Knowledge of a second foreign language is preferred;
- Strong communication skills;
- Ability to work in a multitasking environment.

SEND RESUME

+ **Lead Engineer of the Continuing Airworthiness Management Engineering Department (CAMO)**

## What We Do:

- A full range of aircraft management services;
- Flight planning, organization, and operational flight support;
- Maintaining aircraft airworthiness;
- Aircraft maintenance.

## Our Team:

Our team includes pilots, cabin crew, aircraft managers, engineers, economists, accountants, dispatchers, and more. We are joined by employees who are essential to modern business aviation.

## Why "North-West" Airlines?

- Reliability – stability and development;
- Internal Growth – training, mentoring, career opportunities;
- Team of Professionals – experts who create safety, comfort, confidentiality, and a high level of service.

## Send us your resume if you are:

- A professional in your field with substantial experience in the aviation industry;
- A graduate of an aviation university or college without work experience but with a desire to work in aviation. In your resume, please specify the area of work you are interested in;
- You share our values.

We will consider all candidates and try to find a suitable vacancy for you.

SEND RESUME

### INFORMATION

ABOUT

SERVICES

FLEET

FEEDBACK

PASSENGERS

CERTIFICATES

VACANCY

CONTACTS

Air company North-West
Air Operator Certificate no. 548

### CONTACTS

**Moscow**

"West Park" Business center, 34 Ochakovskoe shosse

+7 (495) 269-02-13

+7 (800) 234-02-11 (free calls from Russia)

**Saint Petersburg**

Room 71H, 7A Constitution square

+7 (812) 612-81-84

© 2010-2026 Air company North-West. All Rights Reserved.

Privacy