EXHIBIT
8

- *Nadezhda And Daniel Aymard, Paris, France*
- *Joseph Pavliciuc, Paris, France*
- *Elnara Agaeva, Moscow, Russia*
- *Natalia Subotnaya And Yevgeny Vertelkin, Vitebsk, Belarus*
- *Snezhana Leonova , Shymkent, Kazakhstan*
- *Anastasia Sysoeva, Shymkent, Kazakhstan*
- *Tatiana Sysoeva, Shymkent, Kazakhstan*
- *Valentina Zhitnikova, Shymkent, Kazakhstan*
- *Olga Savitskaya, Shymkent, Kazakhstan*
- *Mikhail Lukin, Shymkent, Kazakhstan*
- *Irina Ganyushkina, Tashkent, Uzbekistan*



***Tatiana Tochona, US, New Jersey***

***Marina Cook, US, New  Jersey***

