**EXHIBIT 9**

*To: The United States District Court | Re: Yana Leonova*

LETTER OF SUPPORT

Your Honor, my name is Nadezhda, and I reside in Paris, France, with my husband, Daniel Aymard. I am writing this letter to express our deep, considered, and unwavering support for Yana Leonova. My testimony is based on long-standing family ties and personal experience living with Yana on a daily basis during a critical period of her life. I am a childhood friend of Snezhana Leonova, Yana's mother, and have known Yana since she was very young. When the crisis occurred in Paris and Yana was placed under arrest, my husband Daniel and I stepped in to help without hesitation. We immediately became involved, helping the family find qualified French counsel and doing everything we could to support her loved ones during a time of shock and uncertainty. When the French court ordered Yana's release to house arrest, our family took responsibility for her and welcomed her into our home. Yana lived with us in Paris for a full year. That year gave us the opportunity to get to know her as a mature, well-rounded adult facing a severe life crisis. Yana conducted herself admirably. Despite immense legal and psychological pressure, she demonstrated impeccable discipline and a profound respect for the law and the terms of her house arrest. She became an integral and loving part of our family. Yana was caring and attentive, helping me daily with household chores and tasks, and always striving to be helpful in every way. Over the course of that year, she formed a close bond and a genuine friendship with our daughter, Polina, becoming a close, kind, and wise mentor to her. Her gentle nature, integrity, and innate nobility filled our home with warmth, even during such a dark time. Daniel and I are deeply concerned about Yana's future. This year of house arrest has shown us that Yana is deeply remorseful and strives for a peaceful, law-abiding life. We also remain in constant contact with her parents, supporting them through this ordeal.
We hope for Yana's speedy return home. Thank you.
Sincerely, Nadezhda and Daniel Aymard – August 13, 2026

***+33 6 52 63 06 39***

Nadezhda *Aymard,*
*5 rue Morillon*
*92110 Clichy, Paris, France*

Кому: В Окружной суд Соединенных Штатов. По
делу: Яны Леоновой

ПИСЬМО В ПОДДЕРЖКУ

Уважаемая Ваша Честь, Меня зовут Надежда, я проживаю в Париже, Франция, вместе со своим супругом Даниэлем Аймард. Я пишу это письмо, чтобы выразить нашу глубокую, осознанную и твердую поддержку Яне Леоновой. Мое свидетельство основано на многолетних семейных узах и на личном опыте ежедневного совместного проживания с Яной в критический период её жизни. Я являюсь подругой детства Снежаны Леоновой, матери Яны, поэтому знаю Яночку с самых малых лет. Когда в Париже случилась эта беда и Яна оказалась под арестом, мы с мужем Даниэлем не раздумывая пришли на помощь. Мы незамедлительно включились в процесс, помогли семье найти квалифицированных французских адвокатов и сделали всё, чтобы поддержать близких людей в момент шока и неизвестности. Когда французский суд принял решение освободить Яну под домашний арест, наша семья взяла на себя ответственность и открыла для неё двери своего дома. Яна прожила вместе с нами в Париже целый год. Этот год стал для нас возможностью узнать её уже как взрослого, сформировавшегося человека в условиях тяжелейшего жизненного кризиса. Яна проявила себя с наилучшей стороны. Находясь под строжайшим юридическим и психологическим давлением, она демонстрировала безупречную дисциплину, глубокое уважение к закону и правилам домашнего ареста. Она стала полноценной и любящей частью нашей семьи. Яна окружила нас заботой, ежедневно и всячески помогала мне по хозяйству и дому, стараясь быть полезной во всем. За этот год она очень сблизилась и искренне подружилась с нашей дочерью Полиной, став для неё близким, добрым и мудрым наставником. Её мягкий характер, порядочность и внутреннее благородство наполнили наш дом теплом даже в такое мрачное время. Мы с Даниэлем всем сердцем переживаем за дальнейшую судьбу Яны. Этот год домашнего ареста доказал нам, что Яна глубоко раскаивается и стремится к мирной, законопослушной жизни. Мы также продолжаем находиться на постоянной связи с её родителями, поддерживая их в этом испытании.
Мы надеемся на скорейшее возвращение Яны домой. Благодарю.
С уважением, Надежда и Даниэль Аймард 13
августа 2026 года

***+33 6 52 63 06 39***
***Mme Aymard*** Nadezhda
***5 rue Morillon***
***92110 Clichy, Paris, France***

