EXHIBIT 10



**COMMUNAUTE ORTHODOXE SAINTE PAISSIUS DE NEAMT A PARIS**
Eglise Orthodoxe en France, Diocèse de Chersonèse

7 rue du Bouquet de Longchamp, 75016, Paris
tel. : + 33 6 48 12 07 68 e-mail : contact@ortodoxmd.eu

To: The United States District Court

Re: The case of Yana Leonova

Your Honor, I, hiermonk Joseph (Pavlinciuc Panteleimon, born the [redacted] am writing to express my pastoral support for Yana Leonova ahead of her upcoming sentencing.

My testimony is based on the spiritual guidance I provided to Yana during one of the most difficult periods of her life. I first met Yana in Paris under very sorrowful circumstances, while she was in prison. I regularly visited her and her cellmate, Marina, in confinement, striving to bring them the Word of God, comfort, and spiritual support within those isolated walls.

Even then, during our initial conversations in prison, I observed in Yana a deep inner dignity, humility, and sincere, profound contrition for her actions. She sought no excuses for her mistakes but instead strove for spiritual purification. When, by the grace of God, the French court released Yana to house arrest, her spiritual resolve only strengthened. Yana became a regular parishioner at our church. Whenever the rules of her house arrest permitted, she unfailingly attended divine services, prayed, and partook of the sacraments. I witnessed how regular participation in church life helped Yana maintain peace of mind, steadfastness, and law-abiding conduct amidst the strictest legal restrictions.

As a clergyman, I pray for all who suffer, but I offer a special prayer for Yana, having personally witnessed the fruits of her sincere repentance. This judicial ordeal has already served as a profound life lesson and a form of spiritual penance for her. I am absolutely convinced that there is no malice or criminal intent in her heart; she is a deeply religious, kind, and decent person who has firmly embarked on the path of redemption.

I humbly ask you, Your Honor, to show Christian mercy, leniency, and compassion toward the servant of God, Yana, when passing sentence. I trust that your justice will afford her the opportunity to return as soon as possible to a peaceful life and constructive work for the good of others.

May the Lord bless you in your arduous service.
With respect and prayers,
Paris, 24.08.2026.

h. Joseph

hiermonk Joseph Pavlinciuc

Exarchat de Chersonèse
Association cultuelle orthodoxe saint Païssij de Moldavie à Paris