**EXHIBIT 11**

LETTER OF SUPPORT

Dear Your Honor,

My name is Marina Cook, and I serve as Yana Leonova's designated second custodian during her home detention. I am writing this letter to express my sincere, steadfast, and considered support for Yana and to share my personal observations regarding her behavior and character during this challenging time in her life.

In fulfilling my duties as a custodian, I have regularly visited Yana at her residence. Furthermore, I have personally accompanied her on outings to obtain necessary medical care. These trips and meetings have allowed me to get to know Yana well and to observe her attitude toward others, established rules, and her current life situation.

Yana has consistently shown herself to be an exceptionally kind, empathetic, and open person. Every meeting with her has been filled with genuine warmth and hospitality. Despite the immense psychological and legal pressure she is under, Yana has never lost her composure and has always strived to create a welcoming atmosphere. She invariably greeted me with homemade pastries, *pirozhki* (savory pies), and other treats, seeking to show care and express gratitude for the support she receives.

Throughout our time interacting, Yana has demonstrated impeccable compliance, deep respect for the law, and strict adherence to all court-ordered rules of home confinement. Her gentle nature, integrity, and remarkable industriousness command my deep respect. I can see that she fully grasps the gravity of the situation, is sincerely remorseful, and strives with all her heart for a peaceful, constructive, and law-abiding life. I am sincerely concerned about Yana's future and hope for leniency from the court and her swift, successful return to a normal life.

Thank you for your attention to my statement.

Sincerely,

Marina Cook

+1 (484) 716-9100

marisha_2202@yahoo.com