**EXHIBIT 12**

From: **Tetyana Tochona** <tetyanatochona@yahoo.com>
Date: Wed, Sep 30, 2026 at 8:30 PM
Subject:
To: <anna@brownlegalconsulting.com>

Письмо поддержки
Уважаемая Ваша честь, я, Татьяна Точона, проживающая в Нью-Джерси, являюсь прихожанкой Русской православной церкви Святой Троицы в Vineland NJ. С Яной мы познакомились, когда она стала посещать наш храм, примерно в январе 2026 года. Конечно, она не могла посещать храм часто, но, когда приходила – всегда предлагала свою помощь. Сестричество нашей церкви делает обеды после службы каждое воскресенье. Мы все волонтеры готовим своими руками. Яна всегда помогает нам. Кухонная работа самая трудоемкая. Яна берётся за любую работу и выполняет ее с любовью. Я не знаю никаких подробностей судебного разбирательства, но я вижу человека, который делает работу рядом со мной, вижу руки, которые готовят еду для многих людей. Она очень уважительная, отзывчивая, покладистая. Добрый человек с грустью в глазах, даже когда она улыбается.
Уважаемая Ваша честь, я прошу Вас проявить сострадание и снисхождение при вынесении приговора Яне. Пусть она по скорее вернётся к своей семье.
Татьяна Точона
+1 856 404 13 78

Letter of Support
Your Honor, I am Tatiana Tochona, a resident of New Jersey and a parishioner of the Holy Trinity Russian Orthodox Church in Vineland, NJ. I met Yana when she began attending our church, around January 2026. While she could not attend frequently, whenever she did come, she always offered her help. Our church's sisterhood prepares lunch after the service every Sunday. We are all volunteers who do the cooking ourselves. Yana always assists us. Kitchen work is the most labor-intensive task, yet Yana takes on any job and performs it with love. I do not know the details of the legal proceedings, but I see the person working alongside me. I see the hands that prepare food for so many people. She is respectful, helpful, and easy to get along with a kind person, with sadness in her eyes, even when she smiles.
Your Honor, I ask that you show compassion and leniency in sentencing Yana. Please allow her to return to her family as soon as possible.
Tatiana Tochona
+1 856 404 13 78

Sent from my iPhone