**EXHIBIT 13**

Letter

Dear Your Honor, my name is Anastassiya Syssoyeva, and I live in Shymkent, Kazakhstan. I am writing this letter with the following purpose: to offer sincere and heartfelt support to my closest childhood friend. My friendship with Yana spans many years; we have known each other since high school for nearly 20 years. We have shared a long journey through life together, beginning in our early youth. Immediately after graduating from school, we took our first steps into adulthood and the workforce together, starting out as waitresses in a café. Ever since then, Yana has consistently demonstrated incredible diligence, respect for the work of others, and deep personal discipline. We have been inseparable all these years. Our friendship has always been filled with shared joys; we unfailingly celebrated holidays, birthdays, and important milestones within a close, trusting circle. Yana has become an integral part of my life and that of my family. My daughter, Varvara, grew up with Yana by her side. Yana spent countless hours with her, looking after her and showering her with genuine care, warmth, and love. My child regards Yana with great tenderness, as if she were a member of our own family. Yana is that rare kind of friend who proves her true loyalty not in times of happiness, but in times of trouble. Several years ago, I went through one of the darkest and most difficult periods of my life, a painful and complicated divorce. At that moment, when the ground seemed to be slipping out from under me, Yana was there. She provided immense moral, emotional, and practical support, literally sharing my pain and helping both my child and me to endure. Without her strong shoulder to lean on, it would have been immeasurably harder for me to cope with that ordeal. I know that Yana has made a serious mistake, and I see how deeply and sincerely she regrets her actions. However, I know her true character: she is a selfless, kind, loving, and deeply decent person who has always put the interests of her loved ones above her own. The situation that has occurred is a tragic turning point in her life, but it does not reflect who she truly is. My daughter and I miss her dearly, and we are waiting with all our hearts for her to return home.

Sincerely, Anastassiya Syssoyeva

Anastassiya.syssoyeva@gmail.com
+77026452327

Письмо

Уважаемая Ваша Честь, Меня зовут Сысоева Анастасия, япроживаю в Казахстане, г.Шымкент. Я пишу это письмо с единственной целью: искренне и горячо поддержать моюсамую близкую подругу детства. Наша дружба с Янойдлится уже очень много лет, мы знаем друг друга еще со старшей школы, уже 20 лет. Вместе мы прошли огромный жизненный путь, который начался с ранней юности. Сразу после окончания школы мы вместе сделали первые шаги во взрослую и трудовую жизнь: начинали работать официантками в кафе. С тех самых пор Яна всегдадемонстрировала невероятное трудолюбие, уважение кчужому труду и глубокую внутреннюю дисциплину. Все эти годы мы были неразлучны. Наша дружба всегда была наполнена общими радостями: мы неизменно отмечали все праздники, дни рождения и важные даты в одном тесном, доверительном кругу. Яна стала неотъемлемой частью моей жизни и жизни моей семьи. На её глазах росла моя дочь Варвара. Яна проводила с нейбесчисленное количество времени, нянчила её, дарила ей свою искреннюю заботу, тепло и любовь. Мой ребенок относится к Яне с огромной нежностью, как к родному человеку. Яна — это тот редкий тип друга, который проявляет свою истинную преданность не в радости, а в беде. Несколько лет назад я переживала один из самыхтемных и тяжелых периодов в своей жизни — болезненный и сложный развод с мужем. В тот момент,когда земля уходила у меня из-под ног, Яна оказалась рядом. Она оказала мне колоссальную моральную, эмоциональную и практическую поддержку, буквальноразделив мою боль и помогая мне и моему ребенку выстоять. Без её сильного плеча мне было бы неизмеримо труднее справиться с этим испытанием. Я знаю, чтосейчас Яна совершила серьезную ошибку, и я вижу, как глубоко и искренне она раскаивается в содеянном. Однако я знаю её истинную суть: она бескорыстный, добрый, любящий и глубоко порядочный человек, который всегда ставил интересы близких выше своих собственных. Произошедшая ситуация — это трагический ориентир в её биографии, но это не отражает того, кем она является на самом деле. Нам с дочерью её очень не хватает, и мы всем сердцем ждем её возвращения домой.

С уважением, Сысоева Анастасия

Anastassiya.syssoyeva@gmail.com
+77026452327

From: **Анастасия** <anastassiya.syssoyeva@gmail.com>
Date: Sat, Sep 12, 2026 at 1:56 PM
Subject: Письмо
To: <anna@brownlegalconsulting.com>


1/2