**EXHIBIT 14**

LETTER OF SUPPORT

Dear Your Honor,

My name is Elnara Agaeva, and I was born in 1988. I am writing this letter to offer my sincere support to my close friend, Yana Leonova, ahead of her upcoming sentencing.

Yana and I have been close friends since 2021. Over the years, our relationship has grown beyond mere friendship; Yana has become truly like family to us. She is close with my mother and my brother. We have invariably celebrated all holidays, important events, and significant dates together within our warm family circle. This deep bond has allowed me and my loved ones to get to know Yana in many different ways. I can state with absolute certainty that she is a person of exceptional kindness, honesty, and compassion. Yana possesses a rare quality: in any situation —even the most difficult ones —she remains optimistic and strives to support those around her. She has never harmed anyone and has always selflessly come to the aid of my family members, showing genuine care. She has always approached all her life's obligations with a profound sense of responsibility. For my mother and me, Yana's absence right now is a source of immense personal pain. Our family loves her dearly; we miss her terribly and eagerly await the day when Yana can return home. I know that Yana made a mistake and deeply regrets her actions. However, what happened does not define her as a person. At heart, she is a kind, decent, and law-abiding individual who deserves leniency, mercy, and a second chance.

Respectfully,

Elnara Agaeva

Elya88.88@mail.ru

ПИСЬМО В ПОДДЕРЖКУ

Уважаемая Ваша Честь, меня зовут Агаева Эльнара, я 1988 года рождения. Я пишу это письмо, чтобы искренне поддержать мою близкую подругу, Яну Леонову, перед предстоящего вынесения приговора.

Мы с Яной близко дружим с 2021 года. За эти годы наши отношения переросли рамки простого дружеского общения — Яна стала по-настоящему родным человеком для всей нашей семьи. Она близко общается с моей мамой и моим братом. Все праздники, важные события и значимые даты мы неизменно отмечали вместе, в нашем теплом семейном кругу. Эта глубокая связь позволила мне и моим близким узнать Яну с самых разных сторон. Я могу с абсолютной уверенностью заявить, что она человек исключительной душевной доброты, честности и отзывчивости. Яна обладает редким качеством: в любой, даже самой сложной жизненной ситуации она сохраняет оптимизм и стремится поддержать окружающих. Она никогда никому не причинила вреда и всегда бескорыстно приходила на помощь членам моей семьи, проявляя искреннюю заботу. Ко всем своим обязательствам в жизни она всегда относилась с глубочайшим чувством ответственности. Для меня, моей мамы отсутствие Яны сейчас — это огромная личная боль. Наша семья очень любит её, мы безумно скучаем и с нетерпением ждем того дня, когда Яночка сможет вернуться домой. Я знаю, что Яна совершила ошибку и глубоко раскаивается в содеянном. Однако произошедшее не определяет её как личность. Она — добрый, порядочный и законопослушный в душе человек, который заслуживает снисхождения, милосердия и второго шанса.

С уважением, Агаева Эльнара

Elya88.88@mail.ru

From: **Эльнара Оруджова** <elya88.88@mail.ru>
Date: Sat, Aug 22, 2026 at 3:07 PM
Subject:
To: <anna@brownlegalconsulting.com>



