EXHIBIT
15

To: United States District Court

Re: Case of Yana Leonova

LETTER OF SUPPORT

Dear Your Honor, my name is Irina Ganyushkina, and I currently reside in Tashkent, Uzbekistan. I am writing this letter to express my deep, sincere, and unwavering support for my close friend, Yana Leonova, prior to her sentencing. Yana and I have been friends for a very long time; over the years, she has become like family to me and a true pillar of reliability. Yana possesses a rare and remarkable gift for empathy; she would never abandon a loved one in a time of need. When I was going through an incredibly difficult period in my life — a long stretch of unemployment that undermined my self-confidence and belief in my own abilities — Yana was by my side every step of the way. She provided immense moral support, staying in touch with me for hours on end—sometimes until morning—willingly sacrificing her own sleep and rest before her workdays just so I wouldn't have to face my anxiety and despair alone. The strength of our bond is also evident in how we rallied together during a crisis. When I learned of Yana's arrest, my first thought was to protect what mattered most to her. I knew fully how much she would worry about her cats; to her, these pets were not merely animals but full-fledged family members whom she treated with maternal tenderness, as if they were her own children. I immediately took charge of their care and helped find a safe, loving new home for them, ensuring Yana could have peace of mind regarding their well-being while she was away. Although I currently live in Tashkent, neither distance nor borders have weakened our friendship. We remain incredibly close, sharing both joys and sorrows. I know that Yana made a mistake by breaking the law, and I know how deeply and painfully she regrets her actions. However, I can vouch before the court that Yana is a person with a huge, kind heart, completely devoid of any malicious intent.

What happened has been a colossal and deeply painful life lesson for her. I humbly ask you, Your Honor, to show Yana mercy and leniency. Please give this kind, caring, and loyal young woman a chance to return quickly to an honest life and to the friends who love her dearly and are waiting for her.

Thank you for your time and consideration.

Sincerely, Irina Ganyushkina

+998 91017 42 55

Кому: В Окружной суд Соединенных Штатов

По делу: Яны Леоновой

ПИСЬМО В ПОДДЕРЖКУ

Уважаемый Ваша Честь, меня зовут Ирина Ганюшкина, в настоящее время я проживаю в городе Ташкент, Узбекистан. Я пишу это письмо, чтобы выразить свою глубокую, искреннюю и всестороннюю поддержку моей близкой подруге, Яне Леоновой, перед вынесением ей судебного приговора. Мы с Яной дружим уже очень давно, и за эти годы она стала для меня по-настоящему родным человеком и образцом надежности. Яна обладает редким и удивительным даром сопереживания, она никогда не оставит близкого в беде. Когда я проходила через тяжелейший жизненный этап — длительный период безработицы, который подрывал мою веру в себя и свои силы, Яна была рядом каждую минуту. Она оказывала мне колоссальную моральную поддержку, часами оставалась со мной на связи до самого утра, сознательно жертвуя собственным сном и отдыхом перед своими рабочими днями, лишь бы не оставлять меня наедине с моими тревогами и отчаянием. Силу нашей душевной связи подтверждает и то, как мы сплотились в момент кризиса. Когда я узнала об аресте Яны, моей первой мыслью было защитить то, что ей дороже всего на свете. Я прекрасно знала, как сильно она будет изводить себя переживаниями за своих кошек, ведь домашние питомцы были для неё не просто животными, а полноценными членами семьи, к которым она всегда относилась с материнской нежностью, как к родным детям. Я сразу же взяла на себя заботу о них и помогла благополучно пристроить кошечек Яны в новый, безопасный и любящий дом, чтобы Яна на расстоянии могла быть спокойна за них. Несмотря на то, что сейчас я живу в Ташкенте, расстояние и границы никак не ослабили нашу дружбу. Мы остаемся невероятно близкими людьми, которые делят и радость, и горе. Я знаю, что Яна совершила ошибку, нарушив закон, и знаю, как тяжело и мучительно она раскаивается в содеянном. Однако я ручаюсь перед судом, что Яна — человек с огромным, добрым сердцем, абсолютно лишенный всякого злого умысла.

Произошедшее стало для неё колоссальным и очень болезненным жизненным уроком. Я смиренно прошу Вас, Ваша Честь, проявить к Яне милосердие и снисхождение. Дайте этой доброй, отзывчивой и преданной девушке шанс поскорее вернуться к честной жизни и к своим друзьям, которые её очень любят и ждут.

Благодарю Вас за внимание к моему письму.

С уважением, Ирина Ганюшкина

+998 91017 42 55

From: **Ирина Ганюшкина** <iganyushkina@yandex.ru>
Date: Thu, Aug 27, 2026 at 11:40 PM
Subject: По делу: Яны Леоновой
To: anna@brownlegalconsulting.com <anna@brownlegalconsulting.com>

