EXHIBIT 16

LETTER OF SUPPORT

Dear Your Honor, my name is Mikhail Lukin, and I reside in Kazakhstan. I am writing this letter to express my firm and sincere support for my close friend, Yana Leonova. Yana and I have been friends for over ten years. Over this long period, she has proven herself to be a person of rare fortitude, deep integrity, and discipline. Our relationship allows me to regard her not only as an interesting and knowledgeable conversationalist but also as a reliable, devoted friend upon whom one can unconditionally rely in any life situation. Yana is always ready to help. When Yana still lived in Kazakhstan, she provided me with invaluable support. I used to have my young son with me on weekends, and Yana would regularly and completely selflessly help me care for him, offering the child her warmth, attention, and care. Her patience, her ability to get along with children, and her sincere desire to help a friend with everyday challenges have forever cemented in my heart the image of her as an exceptionally kind and caring person. When Yana suddenly stopped communicating after her arrest, I could not stand idly by. Without knowing the exact details and driven solely by concern for a loved one, I personally traveled to Russia to look for her, trying to find out what had happened and to offer any assistance possible. I took this step without hesitation because Yana is that vital "anchor" and that rare kind of friend for whom it is worth traversing any distance. I am aware of the difficult situation Yana is currently in, and I know she made a mistake that she deeply and sincerely regrets. However, I am convinced that these legal proceedings have served as a harsh lesson for her. Yana possesses a sharp mind, a capacity for self-reflection, and high moral character. She deserves leniency, and I guarantee that upon returning home, she will do everything to be a law-abiding citizen and an honest person.

Sincerely, Mikhail Lukin

+7 701 231 3737

ПИСЬМО В ПОДДЕРЖКУ

Уважаемая Ваша Честь,

Меня зовут Лукин Михаил, я проживаю в Казахстане. Я пишу это письмо, чтобы заявить о своей твердой и искренней поддержке моей близкой подруги, Яны Леоновой. Мы с Яной дружим уже более 10 лет. За это долгое время она зарекомендовала себя как человек редкой выдержки, глубокой порядочности и дисциплины. Наши отношения позволяют мне судить о ней не просто как об интересном, эрудированном собеседнике, но и как о надежном, преданном друге, на которого можно безоговорочно опереться в любой жизненной ситуации. Яна всегда готова помочь. Когда Яна еще жила в Казахстане, она оказывала мне неоценимую поддержку. Я забирал своего маленького сына на выходные, и Яна регулярно и совершенно бескорыстно помогала мне с ним, отдавая ребенку свое тепло, внимание и заботу. Её терпение, умение ладить с детьми и искреннее желание помочь другу в бытовых трудностях навсегда запечатлели в моем сердце её образ как исключительно доброго и отзывчивого человека. Когда Яна внезапно перестала выходить на связь после своего ареста, я не мог оставаться в стороне. Не зная точных деталей и руководствуясь лишь тревогой за близкого человека, я лично поехал искать её в Россию, пытаясь выяснить, что случилось, и оказать любую возможную помощь. Этот шаг я совершил без раздумий, потому что Яна — тот самый «стержень» и тот редкий друг, ради которого стоит преодолевать любые расстояния. Я знаю, в каком тяжелом положении Яна находится сейчас, и знаю, что она совершила ошибку, о которой глубоко и искренне сожалеет. Однако я убежден, что данный судебный процесс стал для неё суровым уроком. Яна обладает сильным умом, способностью к самоанализу и высокими моральными качествами. Она заслуживает снисхождения, и я гарантирую, что после возвращения домой она сделает всё, чтобы быть законопослушным гражданином и честным человеком.

С уважением, Лукин Михаил
+7 701 231 3737

From: **Миша ня** <mishanya27.10.86@gmail.com>
Date: Mon, Aug 24, 2026 at 7:42 AM
Subject:
To: anna@brownlegalconsulting.com

