**EXHIBIT 17**

To: The United States District Court

Re: The case of Yana Leonova

Dear Your Honor, my name is Tatiana Sysoeva, and I am the mother of Anastassiya Syssoyeva, a close friend of Yana. I am writing this letter with a heavy heart, yet with a deep and sincere hope of helping Yana Leonova ahead of her upcoming sentencing. As a mother, I cannot stand idly by while witnessing the severe ordeal facing this young woman, whom I have known since childhood. Yana literally grew up before my eyes. As a teenager, she was a constant presence in our home, befriending my daughter and growing up alongside her. To me, she was never merely Nastya's friend, but a second child in our household. I remember her vividly from her youth: Yana was a remarkably sensitive, open, and trusting teenager. She often turned to me, sharing her girlish secrets and worries, and frequently sought my maternal advice. Her sincerity, respect for elders, and willingness to listen always deeply touched my heart. I watched Yana mature into a kind, hardworking, and incredibly caring young woman. When my daughter Nastya's family went through a difficult divorce, Yana proved herself to be a truly devoted person. She cared for my granddaughter Varvara, showering her with love. As a mother, I am endlessly grateful to Yana for being a pillar of support for my daughter and granddaughter during that critical time. Today, I feel profound maternal pain and anxiety regarding her fate. I know that Yana made a mistake by breaking the law, and she has fully admitted her guilt. Yet I assure You, Your Honor, that there was never any malice or intent to cause harm in her heart. What happened was a tragic set of circumstances and a harsh life lesson, one she had already learned while separated from her home and loved ones. I sincerely implore you to show mercy and leniency toward Yana. Please give this young woman a chance to turn her life around and return to those who love her and are eagerly awaiting her homecoming. More than one family is waiting for her return, and we will do everything we can to surround her with support as she embarks on a new life.

Sincerely, Tatyana Sysoeva

+7 777 104 6140

Кому: В Окружной суд Соединенных Штатов
По делу: Яны Леоновой

Уважаемая Ваша Честь, Меня зовут Татьяна Сысоева, я являюсь матерью Анастасии Сысоевой, близкой подруги Яны. Я пишу это письмо с тяжелым сердцем, но с глубокой и искренней надеждой помочь Яне Леоновой перед предстоящим вынесением ей приговора. Как мать, я не могу оставаться в стороне, видя, какое суровое испытание выпало на долю этой девушки, которую я знаю с самого детства. Яна буквально выросла на моих глазах. Еще будучи подростком, она постоянно приходила к нам в дом, дружила с моей дочерью и росла вместе с ней. Для меня она всегда была не просто подругой Насти, а вторым ребенком в доме. Я прекрасно помню её юной: Яна была удивительно чутким, открытым и доверчивым подростком. Она часто обращалась ко мне, делилась своими девичьими секретами, переживаниями и часто просила у меня материнского совета. Эта её искренность, уважение к старшим и готовность слушать всегда глубоко трогали мое сердце. Я наблюдала за тем, как Яна взрослела, превращаясь в добрую, трудолюбивую и невероятно отзывчивую молодую женщину. Когда в семье моей дочери Насти случился тяжелый развод, Яна проявила себя как самый преданный человек. Она нянчила мою внучку Варвару, отдавая ей всю свою любовь. Как мать, я бесконечно благодарна Яне за то, что в самый критический момент она была опорой для моей дочери и внучки. Сегодня я испытываю огромную материнскую боль и тревогу за её судьбу. Я знаю, что Яна совершила ошибку, нарушив закон, и она полностью признала свою вину. Но я уверяю Вас, Ваша Честь, что в её сердце никогда не было злого умысла или стремления причинить кому-то вред. Произошедшее — это трагическое стечение обстоятельств и жестокий жизненный урок, который она уже усвоила, находясь в разлуке с домом и близкими. Я искренне молю Вас о милосердии и снисхождении к Яне. Пожалуйста, дайте этой девочке шанс исправить свою жизнь и вернуться к тем, кто её любит и очень ждет. Её возвращения ждет не одна семья, и мы сделаем всё, чтобы окружить её поддержкой на пути к новой жизни.

С уважением, Татьяна Сысоева

+7 777 104 6140

From: **Татьяна Сысоева** <syssoyeva.tatyana@gmail.com>
Date: Sat, Sep 12, 2026 at 1:52 PM
Subject: В Окружной суд Соединенных Штатов По делу: Яны Леоновой
To: <anna@brownlegalconsulting.com>