**EXHIBIT 18**

To: The United States District Court
Re: Yana Leonova
Letter of Support

Your Honor, my name is Valentina, and I reside in Kazakhstan. I am writing in support of my long-term childhood friend, Yana Leonova. We have known each other since our teenage years, and I have witnessed not only her growing up but also her incredible capacity for self-sacrificing, an act that literally helped save a human life. Our circle of friends formed many years ago. Although our youth have passed and Yana has lived in Russia in recent years, this never affected our warm relationship; we spoke regularly and always stayed informed about each other's lives. Yana has always been a remarkably reliable, cheerful, and open-hearted friend. However, her great and selfless heart truly revealed itself in 2011, when a tragedy struck the life of a mutual acquaintance, the musician Artem Poddubny. Artem used to perform rock concerts at the café where Yana worked at the time, the very place where we all used to socialize. In the summer of 2011, an accident occurred at his country house: a water boiler exploded. Artem sustained severe injuries, specifically suffering thermal burns covering 38 percent of his body. He was hovering between life and death. I was a direct witness to those events and remember how the doctors fought desperately to save his life. Plasma derived from donor blood was urgently needed to sustain his body. When the medical center announced a call for blood donations, Yana was among the first to respond. I will never forget the circumstances under which she did so. That day, we had a grueling morning exam at the university, preceded by a night of studying during which we hadn't slept at all. Anyone else in such a state of physical exhaustion would have gone home to sleep. However, upon learning of the crisis, Yana went straight to the donor center without a moment's hesitation. She donated the maximum allowable amount of 450 milliliters of her blood, giving the last of her strength to save a human life. That blood, and the plasma derived from it, helped doctors work a miracle and save Artem's life. I am now deeply concerned about Yana's future. She made a mistake, but she fully acknowledged her wrongdoing and learned a profound, painful lesson from the experience of one that will stay with her for a lifetime. I assure you, Your Honor: Yana is someone whose very nature is to save and create, not to destroy. Her act of donating blood was no coincidence; it reflected her true, noble soul. I humbly ask the court to show her mercy and give her the chance to prove her integrity by leading a peaceful, law-abiding life.
A person capable of such selflessness for the sake of another deserves a second chance.
Thank you for your time and attention to this letter.
Sincerely, Valentina Zhitnikova
+7 705 437 5727

Кому: В Окружной суд Соединенных Штатов.
По делу: Яны Леоновой
Письмо в поддержку

Уважаемая Ваша Честь, меня зовут Валентина, я проживаю в Казахстане. Я пишу в поддержку моей давней подруги детства, Яны Леоновой. Мы знакомы с подростковых лет, и я была свидетелем не только её взросления, но и её невероятной жертвенности, которая в буквальном смысле помогла спасти человеческую жизнь. Наша общая компания сформировалась много лет назад. Юность прошла, и последние годы Яна жила в России, но это никогда не влияло на наши теплые отношения — мы регулярно созванивались и всегда знали, что происходит в жизни друг друга. Яна всегда была удивительно надежным, светлым и открытым другом. Но по-настоящему её великое и самоотверженное сердце проявилось в 2011 году, когда в жизни нашего общего знакомого, музыканта Артем Поддубный, случилась страшная трагедия. Артем выступал с рок-концертами в кафе, в котором тогда работала Яна, где мы все и общались. Летом 2011 года на его даче произошел несчастный случай — взорвался водяной котел. Артем получил тяжелейшие травмы, а именно 38 процентов термического ожога кожи всего тела. Он находился на грани жизни и смерти. Я была непосредственным очевидцем тех событий и помню, как врачи отчаянно боролись за его жизнь. Для спасения его организма срочно требовалась плазма, которую выделяли из донорской крови. Когда клинический центр объявил сбор крови, Яна откликнулась в числе первых. Я никогда не забуду, при каких обстоятельствах она это сделала. В тот день у нас был тяжелейший утренний экзамен в университете, которому предшествовала абсолютно бессонная ночь подготовки. Любой другой человек в состоянии такого физического истощения поехал бы домой спать. Но Яна, узнав о беде, без секундного колебания поехала прямиком в донорский центр. Она сдала максимальную норму — 450 миллилитров своей крови, отдав последние силы ради спасения человека. Эта кровь и выделенная из неё плазма помогли врачам сотворить чудо и сохранить Артему жизнь. Сейчас я всем сердцем переживаю за дальнейшую судьбу Яны. Она оступилась, но полностью признала свою неправоту и извлекла из случившегося колоссальный, болезненный урок на всю жизнь. Я уверяю Вас, Ваша Честь: Яна — это человек, в чьей природе заложено спасать и созидать, а не разрушать. Её поступок со сдачей крови — это не случайность, это отражение её подлинной, благородной души. Я смиренно прошу суд проявить к ней милосердие и дать ей шанс доказать свою порядочность в мирной и законопослушной жизни.
Человек, способный на такую самоотверженность ради ближнего, заслуживает права на второй шанс.
Благодарю Вас за внимание к моему письму.
С уважением, Валентина Житникова
+7 705 437 5727

From: **ValenTina** <zh.v.s@bk.ru>
Date: Mon, Sep 21, 2026 at 4:04 AM
Subject:
To: <anna@brownlegalconsulting.com>

