**EXHIBIT 19**

LETTER OF SUPPORT

Dear Your Honor, my name is Olga Savitskaya, and I live in Kazakhstan. I am writing this letter to express my sincere support for my childhood friend, Yana Leonova. We have known each other since early childhood, and I have witnessed not only her personal life but also her active civic engagement aimed at helping others. From a very young age, Yana has distinguished herself through her compassion and her desire to benefit society; she has never remained indifferent to the suffering of others. A clear testament to her true character and values is the fact that she was a debutante at the charity Vienna Ball held in our city, Shymkent, in 2012. I witnessed this event firsthand and saw the immense effort, genuine care, and heart Yana poured into the project as a participant. It was a major social event, and all proceeds went toward building a crisis center for women and children who had suffered violence or found themselves in dire life circumstances. Videos of the ball are still available online, clearly demonstrating her selfless contribution to charity. Furthermore, I observed Yana's work in fostering peace and harmony during her time as an official member of the Association of Friendship of Peoples in Shymkent. Through this organization, she actively promoted cultural dialogue, mutual aid, and support for people of diverse ethnic backgrounds. Her openness, tolerance, and sincere respect for everyone earned her deep respect among the civic community in our city. Although Yana has lived in Russia in recent years, the distance never broke our friendship; we have always stayed in touch. I am aware of the difficult legal situation she is currently facing. However, I state with full responsibility before the court that this offense is a tragic, completely uncharacteristic episode in her life, one that stands in stark contrast to her true nature. Yana is a person who builds and

creates, a kind-hearted individual who dedicated her youth to helping women and children and to fostering friendship among people.

Your Honor, I humbly ask you to show mercy and leniency toward Yana. Please consider her years of community service and charitable work and give her the chance to return soon to her loved ones, who are eagerly awaiting her.

Thank you for your time and consideration.

Sincerely, Olga Savitskaya

ПИСЬМО ПОДДЕРЖКИ

Уважаемая Ваша Честь, меня зовут Ольга Савицкая, я проживаю в Казахстане. Я пишу это письмо, чтобы выразить свою искреннюю поддержку моей подруге детства, Яне Леоновой. Мы знаем друг друга с самых малых лет, и я была свидетелем не только её личной жизни, но и её активной общественной деятельности, направленной на помощь людям. Яна с самого раннего возраста, выделялась своим состраданием и стремлением приносить пользу обществу. Она никогда не оставалась равнодушной к чужой беде. Ярким подтверждением её истинных человеческих ценностей является то, что она была дебютанткой благотворительного Венского бала, который проходил в нашем городе Шымкенте в 2012 году. Я была непосредственным очевидцем этого события и видела, сколько сил, искренней заботы и души Яна вложила в этот проект в качестве его участницы. Это было масштабное социальное мероприятие, все вырученные средства от которого были направлены на строительство Кризисного центра для женщин и детей, пострадавших от насилия и оказавшихся в тяжелых жизненных обстоятельствах. В сети Интернет до сих пор сохранены видеоматериалы об этом бале, которые наглядно подтверждают её бескорыстный вклад в благотворительность. Кроме того, я наблюдала за деятельностью Яны в сфере укрепления мира и согласия, когда она являлась официальным членом Ассоциации дружбы народов в Шымкенте. В рамках этой организации Яна активно содействовала развитию культурного диалога, взаимопомощи и поддержке людей разных национальностей. Её открытость, толерантность и искреннее уважение к каждому человеку снискали ей глубокое уважение среди общественников нашего

города. Несмотря на то, что в последние годы Яна жила в России, расстояние никогда не прерывало нашу дружбу, мы всегда оставались на связи. Я знаю о тяжелой судебной ситуации, в которой она находится сейчас. Однако я со всей ответственностью утверждаю перед судом, что это правонарушение является трагическим, совершенно нетипичным эпизодом в её жизни, который полностью противоречит её истинной сути. Яна является созидателем, человеком с добрым сердцем, который посвящал свою юность помощи женщинам, детям и укреплению дружбы между людьми.

Уважаемая Ваша Честь, я смиренно прошу Вас проявить милосердие и снисхождение к Яне. Пожалуйста, учтите её многолетнюю общественную и благотворительную деятельность и дайте ей шанс поскорее вернуться к своим близким, которые её очень ждут.

Благодарю Вас за внимание к моему письму.

С уважением, Ольга Савицкая

+7 747 711 5737

From: **Ольга Солнечная** <ryjik0610@gmail.com>
Date: Wed, Sep 23, 2026 at 12:15 PM
Subject: Письмо поддержки
To: <anna@brownlegalconsulting.com>

