EXHIBIT 20

LETTER FROM THE FAMILY

Dear Your Honor, we are Natalia Subotnyaya and my husband Evgeny Vertelkin live in Yana's hometown of Vitebsk, Republic of Belarus. I, Natalia, am the sister of Yana's mother. We are writing this joint letter on behalf of our family to express our deep, sincere, and desperate support for our beloved niece.

We have watched Yana grow up since the day she was born. We know her as an amazingly kind, bright, caring, and sensitive young woman who has never wished harm upon anyone in her life. Our family has always been very close-knit, and Yana has always been a favorite among us all a source of joy and warmth. What is happening now is a massive tragedy shared by our entire family. Every day, we pray for Yana and for this harsh ordeal to end as soon as possible. Before her arrest, Yana was a true pillar of support for all of us. She was especially attentive to her grandmother, Raisa Lasovskaya, who loves her granddaughter dearly. Our grandmother is now elderly, in frail health, and in need of medical treatment. We have not told her about the criminal proceedings against Yana because we are absolutely certain that she simply would not physically survive the news of her beloved granddaughter's arrest and trial. Every day, when Grandmother asks about Yana, we have to hide our tears. This atmosphere of constant pain, fear, and enforced secrecy is taking a toll on our entire family's health. A prolonged separation or a harsh sentence would make it impossible to keep the truth hidden any longer. Yana stumbled and made a serious mistake. She has fully admitted her guilt, and we can see how deeply and painfully she regrets her actions. Having endured imprisonment and house arrest in foreign lands, far from her homeland, she has already suffered a tremendous ordeal. Yana is not a criminal at heart; she is an upright and honest person who deserves mercy.

Your Honor, we humbly implore you to show compassion and leniency toward Yana when passing sentence. Please give Yana the chance to return home soon to her loved ones, who cherish her and pray for her every day.

Respectfully,

Natalia Sergeyevna Subotnaya and Yevgeny Vertelkin

asubotnaa@gmail.com

+375 29 510-13-30

ПИСЬМО ОТ СЕМЬИ

Уважаемая Ваша Честь,мы, Суботняя Наталья и мой супруг Вертелкин Евгений, проживаем на родине Яны, в городе Витебске, Республика Беларусь. Я, Наталья, являюсь родной сестрой матери Яны. Мы пишем это коллективное письмо от нашей семьи, чтобы выразить свою глубокую, искреннюю и отчаянную поддержку нашей любимой племяннице.

Яна росла на наших глазах с самого рождения. Мы знаем её как удивительно добрую, светлую, заботливую и чуткую девушку, которая никогда и никому в своей жизни не желала зла. Наша семья всегда была очень дружной, и Яна всегда оставалась нашей общей любимицей, источником радости и тепла. То, что происходит сейчас, это наша общая, огромная семейная трагедия. Каждый день мы всей семьей молимся за Яну и за то, чтобы это суровое испытание поскорее закончилось. До своего ареста Яна была настоящей опорой для всех нас. Особую заботу она проявляла о своей родной бабушке Раисе Ласовской, которая бесконечно любит свою внучку. Наша бабушка сейчас очень слаба здоровьем, находится в преклонном возрасте и нуждается в лечении. Мы не говорили бабушке об уголовном преследовании Яны, потому что абсолютно уверены: бабушка Раиса просто физически не переживет новости об аресте и суде над её любимой внучкой. Каждый день, когда бабушка спрашивает о Яне, нам приходится прятать слезы. Эта атмосфера постоянной боли, страха и вынужденной тайны подрывает здоровье всей нашей семьи. Слишком долгая разлука или суровый приговор сделают невозможным скрывать правду дальше. Яна оступилась и совершила серьезную ошибку. Она полностью признала свою вину, и мы видим, как мучительно глубоко она раскаивается в содеянном. Находясь в тюрьме и под домашним арестом в чужих странах, вдали от родины, она уже перенесла колоссальное наказание. Яна не преступница в душе, она порядочный и честный человек, заслуживающий милосердия.

Уважаемая Ваша Честь, мы смиренно умоляем Вас проявить сострадание и снисхождение к Яне при вынесении приговора. Пожалуйста, дайте Яне шанс поскорее вернуться домой, к родным, которые любят её и молятся о ней каждый день.

С уважением,

Суботняя Наталья Сергеевна и Вертелкин Евгений

asubotnaa@gmail.com

+375 29 510-13-30

From: **Адэль Суботняя** <asubotnaa@gmail.com>
Date: Wed, Sep 23, 2026 at 2:09 PM
Subject:
To: <anna@brownlegalconsulting.com>


Архів

