**EXHIBIT 21**

Dear Honorable Judge Lauren L. AliKhan,

My name is Snezhana Leonova, and I was born on [redacted]. I am writing this letter with a broken heart and indescribable maternal anguish to humbly implore you for mercy and leniency toward my only daughter. Yana is my only child, the meaning of my entire life, and my greatest source of support. We have been inseparable throughout her life, and I raised her to be honest, respectful of others, and hardworking. Before this tragic situation arose, Yana was always my primary helper. She cared for me, supported me through all of life's daily challenges, shared whatever she had with me, and never left me to face problems alone. Now that Yana is in custody, my life has become an agonizing ordeal. As a mother, I am consumed every moment by deep anxiety regarding her fate and health in a foreign country. Beyond the immense emotional blow, I am bearing an overwhelming financial burden. At my age, I am now forced to work twice as hard—pushing myself to the limit—to cover the unforeseen expenses associated with the legal proceedings and Yana's upkeep in the U.S. Yet, my greatest pain is the fear for the future of our family line. She is 34 years old—a critical and precious age for a woman to become a mother and give birth to a healthy child.

Your Honor, I humbly beg you: do not deprive my daughter of this sacred opportunity in the near future. Given her medical circumstances, a long prison sentence would forever destroy her chance at motherhood and deprive me of my only solace in my old age. I know that my daughter made a serious mistake. She has fully admitted her guilt and feels deep, sincere remorse for her actions. I assure you, Your Honor, that there was never any malicious intent in her actions. Having been separated from home for so long, she has already endured immense suffering and learned a harsh lesson that will stay with her for the rest of her life.

Yet, her absence today weighs most heavily upon my heart—a mother's heart. I implore you to show humanity, compassion, and mercy. Please give my only daughter the chance to return home soon, to embrace me, to start a family, and to turn her life around.

Thank you for your attention to my pain and for your administration of justice.

Respectfully, Snezhana Leonova

snejanaqwe@mail.ru

+77014864811

Уважаемая Ваша Честь Лорен Л. АлиХан,

Меня зовут Леонова Снежана, я родилась [redacted]. Я пишу это письмо с разбитым сердцем и невыразимой материнской болью, чтобы смиренно умолять Вас о милосердии и снисхождении к моей единственной дочери. Яна — мой единственный ребенок, смысл всей моей жизни и моя главная опора. Всю её жизнь мы были неразрывны, и я воспитывала её в духе честности, уважения к людям и трудолюбия. До этой трагической ситуации Яна всегда была моей главной помощницей. Она заботилась обо мне, поддерживала в любых бытовых и жизненных трудностях, делилась со мной последним и никогда не оставляла меня одну перед лицом проблем. Сейчас, когда Яна находится под арестом, моя жизнь превратилась в тяжелейшее испытание. Как мать, я ежеминутно изводу себя глубокими переживаниями за её судьбу и здоровье в чужой стране. Кроме колоссального эмоционального удара, на меня легло непосильное финансовое бремя. В своем возрасте мне сейчас приходится работать вдвое больше, на износ, чтобы покрывать все непредвиденные дополнительные расходы, связанные с судебным делом и содержанием Яны в США. Но самая большая моя боль — это страх за будущее нашего рода. Ей уже 34 года, и это самый критический, драгоценный возраст для того, чтобы женщина могла успеть стать матерью и родить здорового ребенка.

Уважаемый суд, я смиренно умоляю Вас: не лишайте мою дочь этой священной возможности в ближайшее время. С учетом ее медицинских показаний, назначение длительного тюремного навсегда разрушит её шанс на материнство, а меня лишит единственного утешения в старости. Я знаю, что моя дочь совершила серьезную ошибку. Она полностью признала свою вину, глубоко и искренне раскаивается в содеянном. Я уверяю Вас, Ваша Честь, что в её действиях никогда не было злого умысла. Находясь в долгой разлуке с домом, она уже перенесла колоссальные страдания и усвоила этот жестокий урок на всю оставшуюся жизнь.

Однако её отсутствие сегодня гораздо больнее и тяжелее всего отзывается именно в моем, материнском сердце. Я умоляю Вас проявить человечность, сострадание и милосердие. Пожалуйста, дайте моей единственной дочери шанс поскорее вернуться домой, обнять меня, создать семью и исправить свою жизнь.

Благодарю Вас за внимание к моей боли и за Ваше правосудие.

С уважением, Леонова Снежана

snejanaqwe@mail.ru

+77014864811

From: **Снежана Леонова** <snejanaqwe@mail.ru>
Date: Sat, Aug 22, 2026 at 4:43 PM
Subject: Эти
To: <anna@brownlegalconsulting.com>



